# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

153989(67)

TWO HUNDRED EIGHTY FIVE WEST
HICKORY GROVE, LLC,
      Plaintiff-Appellee,

v

ELBERT L. HATCHETT and LAURESTINE
W. HATCHETT,
      Defendants-Appellants,
and

UNTIED STATES OF AMERICA and
DEPARTMENT OF TREASURY,
      Defendants.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153989
COA: 324300
Oakland CC: 2014-138370-CH

On order of the Chief Justice, the motion of defendants-appellants to exceed the page limit restriction for its reply is GRANTED. The reply and addendum submitted on August 8, 2016, and August 9, 2016, respectively, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2016



Clerk